*In re* ADOPTION OF S.J.M., a Minor (J.P.C. *et al.*, Petitioners-Appellees, v. C.D.M., Respondent-Appellant).

Second District   No. 2—92—0292

Opinion filed May 5, 1993.—Rehearing denied June 14, 1993.

The above-captioned opinion was withdrawn from publication November 9, 1993, and a Rule 23 was filed in lieu thereof.